FILED:  April 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4436 (L)

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

RAYMOND RONALD JENNINGS,

Defendants – Appellant.

_____

O R D E R

_____

The court amends its opinion filed April 22, 2025, as follows:

On the cover page, the attorney information section is corrected to reflect that Stephen Thomas Inman argued on behalf of the appellee.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk